IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ARMARD RESHARD LOWERY, | * |
| Plaintiff, | * |
| v. | Case No. 5:20-cv-00443-MTT |
| | * |
| WILLIAM BURSE, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 2nd day of September, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk